# In the United States Court of Federal Claims

James H Bagleh
"Excellent Notary"

**Plaintiff(s),**

v. "Officer 1 & 2" / HPD

THE UNITED STATES,

**Defendant.**

Case No. 22-1887 C

Judge _____

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page. A fillable pdf is available at http://uscfc.uscourts.gov/filing-a-complaint.
If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see* e.g., 28 U.S.C. §§ 1491-1509).

On November of 2018 I called HPD as I was experiencing imminent danger from a guest who was my sister at the time. During the call it was clear that I was experiencing an assault as thrown objects could be heard hitting the door I was taking cover from, so a report was made describing my sister.

When Officer 1 & 2 came to investigate I began to report the issue I then wanted to report a second criminal issue I suspect to have as I recorded sounds in my apartment foreign to me.

The male officer then somehow concluded that the recorded sounds I captured/was referring to was imaginary sounds, and that I was having a mental crisis and showing signs of not being safe to myself or to others all based on me only verbally reporting these two issues. I had work to attend to and was scheduled for physical therapy for my injured right shoulder. Officers did not provide reasonable accommodation when they began the false arrest as the cuffs were too tight creating more injury. I lost clients and potential agents as I usually schedule 1-8 weeks prior to the appts with my clients.

Received - USCFC  A-5
DEC 21 2022

2. **PARTIES**

Plaintiff, James H. Dayth, resides at 601 New Long Valley RD
(Street Address)
Clearlake Oaks, CA 95423, 707-264-9287
(City, State, ZIP Code)         (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

My notary buisness I call "Excellent Notary".

3. **PREVIOUS LAWSUITS.** Have you begun other lawsuits in the United States Court of Federal Claims?   ☐ Yes  ☒ No

If yes, please list cases: _____

4. **STATEMENT OF THE CLAIM.** State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

The two officers from HPD who are the U.S who represent the U.S clearly made a false arrest as I was only using speech to make the two reports I mentioned previously all while not showing or behaving in any way to allow them to conclude probable cause of me being unsafe to my self or to others. I was also not showing any signs of having a mental crisis or any crisis as again the only action I was doing was using my speech to report the two issues I had.

- During my call to HPD it was clear that I was being assulted. I asked the officers what am I being charged with and they declared [a false fact] that I was imaging sounds.

The report made to HPD has a report number of: 000 95558.

- I was scheduled for pysical therapy for my injured right shoulder. I reported to the officers who wrongfully arrested me this fact of injury but the began to use mis conduct as no reasonable accomodations were made to relive my injured shoulder as the unnecessary handcuffs were too tight causing pain an more injury as the pushed me to the vehicle while grabbing my right arm w/ an injured shoulder scheduled for PT.

A-6

5. **RELIEF.** Briefly state exactly what you want the court to do for you.

I would like the court to charge to relieve the dammages made to my notary business of the amount of $1,500,000 and for physical therapy sessions $15,000 for a year of therapy.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __13th__ day of __December__, __2022__.
          (day)         (month)      (year)

_____
Signature of Plaintiff(s)

*Page 1/7 –Final Draft*   For the Record

~~Attachment 1: II. Basis for Jurisdiction, Question B., D., III. Statement of Claim, Question C., V. Relief question~~

& December

~~Before I answer the questions,~~ I would like to first make some statements for the reason why I submitted this claim/form on November of 2022 as this event occurred in November of 2018. I was recently rewarded for SSI and SSDI by an ALJ after seven years studying my disability and applying for disability. I am reporting now to have a learning disability and was disabled in studying my disability that I discovered in 2016 and ongoing. I was not aware of my ability to appeal this wrongful arrest made and to claim damages as no notice was mailed to me giving me an option to do so and I was suffering from a learning disability as I was disabled studying my disability that was rewarded with SSI and SSDI by an ALJ. I learned my ability to challenge this (what I claim to be a wrongful arrest) arrest charging me with a 5150 with the report number of: 2018-00095558 on November of 2022. Below you will find the answers to the questions answered with this attachment. Thanks.

~~B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?~~

    -Violation of the fourth Amendment:
-The officers used force or their authority to restrain me.
I was simply making a report to the officers with appropriate non mental crisis like manners. The officers concluded that I was reporting to "imagine" sounds as I reported that I had collected evidence towards collecting sounds with my security cameras. I found some sounds to be suspicious in my security cameras footage and the officers concluded that I was imagining sounds and that I was not being safe to myself or to others. These officers somehow concluded that I was "imagining" sounds when the atmosphere sound level in my apartment was well over 0db at the time of this event as I had a computer on and T.V on playing sounds. It is scientifically impossible for these officers to conclude that I was "imagining" sounds as imagined sounds could only be confirmed when the person is reporting to hear sounds when their atmosphere is with a sound level of at least 0db.

Page 2

The officers somehow concluded that I was not being safe to myself or to others and/or that I was the one having a mental crisis as I was only simply making two reports about two issues that I have that require advice from the law enforcement. I made no action to cause such suspicions to these officers to conclude any type of an arrest as I was only using my speech to make these two reports. It could be heard clearly that I was being assaulted by my sister during my 911 call as she was throwing objects some even being kitchen tools to the door I was behind (in my apartment that I was paying rent for as agreed in a rental agreement that only I and my mother signed) taking cover and stopping the imminent danger/assault she was causing to me.

-I believe I was not free to leave (use of handcuffs, locked in a mental hospital).
The officers handcuffed me as I asked them to leave my apartment as I had work duties to attend to for my Notary public independent job that was helping me accumulate close to $300,000 a year before expenses.

They decided to arrest me and I asked on what charges. I do not remember them specifying what the charge was, I believe the officer stated that the charge was for reporting to him the sounds that he somehow concluded that were (strangely as I had audio footage of these sounds I was referring to him captured and ready to be reviewed at the time) imaginary. I also do not remember them calling a captain or their supervisor before making this arrest as I reported to them that this is in fact a wrongful arrest by asking them why I am being arrested. I think I remember stating that this was a wrongful arrest to these two officers at the time and no attempts to obtain their supervisor or captain was made to answer my concerns about this unfortunately clearly wrongful arrest that has been demonizing my record and potential future cases.

I asked for reasonable accommodation to be made in regards to my injured shoulder. These two officers (in fact) start violating my constitutional rights by starting this arrest, charging me and refusing any type of reasonable accommodations for my injured right shoulder that I reported to have to them as I felt much discomfort and pain while my right arm was handcuffed tight behind my back and all while the officer(s) steer me, pushing on my injured right shoulder as pain was being felt and reported. I had an injured right shoulder scheduled for physical therapy. I reported experiencing pain and having an injury. These officers did not stop their excessive/unnecessary force to restrain me in handcuffs by forcing my right arm with an injured right shoulder behind my back causing pain to my injury all while not taking any action to take reasonable accommodation measures as it is required by law when a citizen reports that it is needed.

*Page 3*

-The officers intentionally restricted freedom of movement without probable cause (no legitimate reason to make the arrest).
Again, I was simply making two separate reports to these two officers who arrived from my 911 call of a report of my guest or "female" or my sister was assaulting me by throwing potential lethal items at me. I called 911 behind cover stopping the ongoing imminent danger that was being caused by my guest who is my sister during my 911 report all while I had an injured shoulder that was scheduled for physical therapy treatment and scheduled work to attend to. I have emails from my clients discontinuing our business as I had scheduled appointments with them or I was required to submit documents for shipping as a rate lock was going to expire on their signers house refinance.

I was simply making two reports with one report about how I found suspicious sounds in my security cameras footage and somehow these two officers concluded that these sounds I was reporting to them (captured from my security cameras) were imaginary as they did not perform any investigation, collected no evidence of this "imaginary" conclusion. Sounds captured in security camera footage are clearly not imaginary sounds. These two officers concluded their first false fact following another false act on charging me and arrest me with a 5150 as I took no action to show that I was causing any action to suspect them of me having a mental crisis as again, reporting to officers a report about any criminal legal matters with speech is not a conclusion of someone endangering themselves or others, it is also not a conclusion of someone having a mental crisis especially when the person is ready to provide evidence to their report that officers are taught to take seriously. So again, sadly, the officers somehow concluded that I was being a danger to myself or to others as I was only standing and making these two reports, not causing any danger to myself or to others all while I was only using speech to make my reports to these two officers who arrived for my 911 assault call of a woman reported and heard to be causing the assault of objects being thrown to me.

-Violation of the 14th Amendment: A false imprisonment claim under 42 U.S.C. § 1983.

Page 4

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under Bivens, explain how each defendant acted under color of federal law. Attach additional pages if needed.

- The two defendants (officers 1 & 2 creating the report number of: 2018-00095558 for HPD) who wrongfully charged me for a 5150 and violated my 4th and 14th amendments of my constitutional rights are the officers who handcuffed me and restrained me in a mental hospital, made a false report of me endangering myself or others too as I was simply only in the act of reporting reports to them in a polite manner. They somehow concluded false facts then created a report about how I was falsely endangering myself or others all and having a mental crisis. The report they made to the HPD is with the report number of "2018-00095558".

-Excessive force was present during this wrongful arrest made. I reported to the male officer that I have an injured right shoulder as I was scheduled for physical therapy treatment for my injured right shoulder. I asked for reasonable accommodation and none was provided for me during my time handcuffed by these officers as I reported to them that my right shoulder was experiencing pain and that it is in fact an injured shoulder of mine.

III. Statement of Claim
C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?

-My sister was a guest in my apartment at the time. She was assaulting me by throwing potentially lethal items at me that could be heard during my 911 call while I managed to get behind cover in my apartment. After stopping the imminent danger by taking cover I began to call in for Officers (*Officers 1 & 2*) they came for the call I made of a female person assaulting me, indeed the one causing such suspicious actions. Officers (*Officers 1 & 2*) then began to violate my rights by charging me and arresting me for a 5150 with no probable cause as I was simply in the act of making those two reports described previously using speech.

Page 5

I had scheduled physical therapy appointments made for me before my time in the mental hospital I was given no right to leave from. The officers caused more injuries to my injured right shoulder. I had over 21 scheduled appointments during my wrongful arrest detention time. Each appointment was agreed to be charged $250-$350 for... my...

...notary services. I was actively receiving calls for scheduling new appointments for my notary work during my arrest in the mental hospital. The wrongful arrest had destroyed my notary business as none of my previous clients are looking to continue working with me as I left for nearly three weeks without creating any explanation as I was wrongfully arrested at the time. I had clients looking forward to me completing my notary work for them as rate locks for refinances was at stake. I lost 90% of my clients and all of my promotions with these clients in becoming their first line of contact for notary services. My credit score has suffered as I was not able to make the monthly payments due to my notary reputation being destroyed by this wrongful arrest made with the report number of: 2018-00095558.

V. Relief
**V.** State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

-Money damages to the amount of $1,500,000 for all the damages to my notary business including lost clients, lost promotions (as described), lost promotion of $700 Uber driver bonus(I was an uber driver at the time as well working on this promotion), for my missed scheduled mobile notary public work that was worth to me $250-$350 per appointment before considering the business expenses for these appointments, and the loss of scheduling any new appointments during my time in the mental hospital while my rights to leave were being denied while I was not having any mental crisis or not causing an danger to myself or others. I had clients allowing me to make more than $250,000 a year (as reported to be the income of a notary public in CA) before considering or deducting any business-related expenses to my mobile notary business. My notary public term was ending in 2019 at the time due to a proceeding renewal and

*Page 6*

I was ready to take on another four-year term before this wrongful arrest was made against me.

This wrongful arrest made by these two police officers from the HPD destroyed my excellent mobile notary reputation and my independent mobile notary business not allowing me to have a successful business year for 2019 also not allowing me to continue my business for another four years as I planned to do so. I have lost 90% of my clients due to my excellent notary reputation being severely damaged by an unexplained wrongful arrest these officers made restricting my rights to go to my scheduled appointments for the agreed work I made with over %90 of my clients.

The schedules for my mobile notary public business could be booked as far as two months. My scheduled agreed work with my clients who were providing more than $250,000 a year before deducting any business-related expenses was wrongfully paused due to these officers creating this wrongful arrest with the report number of "2018-00095558" to the HPD. When I was able to contact my clients, they notified me that they removed me with any appointments I had agreed with them previously and they notified me that they are no longer interested in being a client of mine for my mobile notary public business. As you can see after I was freed from a wrongful detention I lost two months' worth of scheduled appointments. I have lost over %90 of my clients and seek this money damage to be justified to me as the arrest made was wrongful and a false arrest as described previously as there was no probable cause for the officers to concluded that they should charge me with a 5150 as I was not causing any dangers or having any crisis. I would like to now stress the fact that I have not had a mental crisis or caused danger to myself or to others ever reported on my record before this wrongful arrest was made and especially not ever when actively reporting reports to officers like the two reports I made described previously to *officer 1 and officer 2*.


-Please remove this wrongful arrest from my record as this arrest is indeed wrongful and demonizing/defaming me (as a mental crisis patient) to potentially all my future cases starting from 2018 or when this wrongful arrest that I described in previous statements or answers to questions before occurred (it was a wrongful arrest due to the fact I mentioned previously saying that it can be heard during my 911 phone call that I was be assaulted, experiencing imminent danger, and reporting the assault to be from a female, my sister who was currently a guest in my apartment as her mail was not being sent to my apartment at the time of November of 2018 as she was living with her father at the time).

*Page 7/7- Final draft*

-I would like justice to be made for the defamatory action of concluding that I am a "mental crisis patient" (or charged with a 5150). I should have never been a mental crisis patient in a mental hospital restricted of my rights to work my mobile notary business and my other businesses. I would like justice for this. Please include this justice to help you authorize $1,500,000 in damages to be rewarded to me with the damages I reported about my business.

-Money damages for treating my right shoulder in physical therapy sessions for five years at eight sessions per year for $14,000 at a rate of $350 for each physical therapy session (as $350 is reported to be the cost and eight sessions are reported to be amount of physical therapy sessions per year).